IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, )<br>   ) <br>   Plaintiff, )<br>   )<br>v.   )<br>   )<br>CAPTAIN LOGAN and )<br>COMMISSIONER OF ADOC, )<br>   )<br>   Defendants. ) | CIVIL ACTION NO.<br>2:15cv193-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) Defendant Commissioner of ADOC (that is, Billy Sharp, former Acting Commissioner of the Alabama Department of Corrections) and the claims against him are dismissed without prejudice and said defendant is terminated as a party.

(3)  No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed. Rather, this case is referred back to the magistrate judge for further appropriate proceedings.**

**DONE, this the 27th day of July, 2015.**

                                             **/s/ Myron H. Thompson**
                                        **UNITED STATES DISTRICT JUDGE**