IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS CAREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv193-MHT |
| ) | (WO) |
| CAPTAIN LOGAN, ) | |
| ) | |
| Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming that he was assaulted by a group of other prisoners due to the deliberate indifference of defendant officer and that he was denied medical care after the assault.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to respond to the orders of the court.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of September, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE